IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jamison Jr, Auguster | Case Number: 06 B 16099 |
|---|---|---|
|  | Martin, Viree | Judge: Wedoff, Eugene R |
|  | Printed: 02/03/09 | Filed: 12/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch:  November 26, 2008
Confirmed:  January 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,833.80 |  |
| Secured: |  | 4,934.71 |
| Unsecured: |  | 3,784.33 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,965.50 |
| Trustee Fee: |  | 729.06 |
| Other Funds: |  | 420.20 |
| Totals: | 12,833.80 | 12,833.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,353.00 | 2,353.00 |
| 2. | Robert J Semrad & Associates | Administrative | 412.50 | 412.50 |
| 3. | Robert J Semrad & Associates | Administrative | 200.00 | 200.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Condor Capital Corp | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 2,774.71 | 2,774.71 |
| 7. | Wilshire Credit Corp | Secured | 2,160.00 | 2,160.00 |
| 8. | Advocate Health Care | Unsecured | 1,614.67 | 1,614.67 |
| 9. | Midland Credit Management | Unsecured | 118.08 | 118.08 |
| 10. | T Mobile USA | Unsecured | 74.56 | 74.56 |
| 11. | Federated Retail Holdings Inc | Unsecured | 203.47 | 203.47 |
| 12. | Asset Acceptance | Unsecured | 286.51 | 286.51 |
| 13. | Trinity Hospital | Unsecured | 1,614.67 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 30.34 | 30.34 |
| 15. | American General Finance | Unsecured | 728.83 | 728.83 |
| 16. | Resurgent Capital Services | Unsecured | 135.05 | 135.05 |
| 17. | Portfolio Recovery Associates | Unsecured | 592.82 | 592.82 |
| 18. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | Collection Carle Foundation Hospital | Unsecured |  | No Claim Filed |
| 21. | Collection Carle Foundation Hospital | Unsecured |  | No Claim Filed |
| 22. | Certified Credit Corporation | Unsecured |  | No Claim Filed |
| 23. | Macy's | Unsecured |  | No Claim Filed |
| 24. | First Premier | Unsecured |  | No Claim Filed |
| 25. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 26. | West Asset Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jamison Jr, Auguster  
Martin, Viree  
Printed: 02/03/09

Case Number: 06 B 16099  
Judge: Wedoff, Eugene R  
Filed: 12/6/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Nicor Gas | Unsecured | | No Claim Filed |
| 28. WFS Financial | Unsecured | | No Claim Filed |
| 29. T Mobile USA | Unsecured | | No Claim Filed |
| 30. Farmers Insurance Group | Unsecured | | No Claim Filed |
| | | $ 13,299.21 | $ 11,684.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 55.54 |
| 5.4% | 286.16 |
| 6.5% | 373.23 |
| 6.6% | 14.13 |
| | $ 729.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

